JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Daniel Martin

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

DANIEL MARTIN,

              Plaintiff,

vs.

CLARK COUNTY, a political subdivision of
the State of Nevada; JOHN MARTIN in his
official and/or individual capacities; PATRICK
SCHREIBER in his official and/or individual
capacities; MARK HUMPHRIES in his official
and/or individual capacities; MARCUS
McANALLY in his official and/or individual
capacities; RAUL BRACAMONTE in his
official and/or individual capacities,

              Defendants.

Case No.: 2:16-cv-2027−JCM−VCF

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT RAUL BRACAMONTE**

       GOOD CAUSE APPEARING, the Plaintiff's Motion to Extend Time to Serve Summons and

Complaint on Defendant Raul Bracamonte should be and hereby is GRANTED and the Plaintiff shall

have until January 27, 2017 to affect service of process upon Defendant Raul Bracamonte.

       IT IS SO ORDERED

                             _____
                             ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE

                                 12-23-2016
                    DATED _____

Respectfully Submitted by:

    /s/ James P. Kemp
_____
JAMES P. KEMP, ESQUIRE
Attorney for Plaintiff Daniel Martin

1