THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
tdillard@ocgas.com
Attorney for CLARK COUNTY
John "Jack" Martin, Patrick Schreiber
and Marcus McAnally

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DANIEL MARTIN,<br><br>             Plaintiff,<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities; MARK HUMPHRIES in his official and/or individual capacities; MARCUS McANALLY in his official and/or individual capacities; RAUL BRACAMONTE in his official and/or individual capacities,<br><br>             Defendants. | CASE NO. 2:16-cv-2027-JCM-VCF |

**MOTION TO EXTEND TIME TO FILE STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

(First Request)

COMES NOW, Defendants CLARK COUNTY, John "Jack" Martin, Patrick Schreiber and Marcus McAnally ("Clark County Defendants") by and through their attorney of record, THOMAS D. DILLARD, JR., ESQ., of the law firm OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and moves to extend the time imposed by minute order [#19] of February 14, 2017 for two (2) weeks to file the Stipulation and Order to Dismiss with Prejudice.

This Motion is made and based upon all the pleadings and papers on file herein, the attached points and authorities, together with any argument that may be introduced at the time of hearing this matter before this Honorable Court.

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The parties have completed a release of all claims and the release has been executed and the stipulation and order to dismiss the case has been prepared and just needs to be signed following exchange of the check.

2. Plaintiff is still employed with Defendant Clark County; consequently, Clark County's accounting practices requires the check be processed through their payroll system that is operated by an independent contractor.

3. Defense counsel just recently was informed of this particular accounting requirement and there was some confusion on this issue resulting in some delay on the part of Clark County in cutting the check and delivering it to Plaintiff. A message was left with Plaintiff's counsel on February 27, 2017 as he is out of town.

4. The check is now being processed through the independent contractor; however, it will not be processed in time to meet the Court's deadline set in Order [#19].

5. Clark County is moving forward with haste to deliver the check in order to get the stipulation filed and expects to get it accomplished this week.

6. Clark County Defendants respectfully request a two week extension out of an abundance of caution to finalize the settlement so that it will not have to trouble the Court again should some minor delay unexpectedly arise.

DATED this 28 day of February, 2017.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By _____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for CLARK COUNTY
John "Jack" Martin, Patrick Schreiber
and Marcus McAnally

## ORDER

IT IS SO ORDERED that the Stipulation of Dismissal and Proposed Order must be filed by Tuesday, March 14, 2017.   IT IS FURTHER ORDERED that Defendant's motion to extend, Docket No. 20, is hereby GRANTED.

DATED this __1st__ day of __March_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
NANCY J. KOPPE